**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**CHARLES CRAIG PARKER**                                                           **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 1:08cv1510-RHW**

**DAVID ALLISON, STEVE GARBER,**
**PEARL RIVER COUNTY and HANCOCK COUNTY**                 **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the requirement for a separate document by Federal Rules of Civil

Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order

entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED with prejudice.

SO ORDERED, this the 11th day of March, 2010.

/s/ *Robert H. Walker*

ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE